UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **THOMAS GADDIS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-00501-RDP-SGC |
| **STEVEN D. GIDDENS,** *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On May 26, 2021, the Magistrate Judge entered a Report and Recommendation recommending the habeas claims presented in this action by Thomas Gaddis be dismissed as unexhausted and/or for presenting non-cognizable claims. (Doc. 4).[1] The Report further recommended denial of a certificate of appealability pursuant to Rule 11 of the *Rules Governing 2254 Proceedings*. (*Id.* at 8). Although Gaddis was advised of his right to file specific written objections within 14 days, he has not submitted objections or any other pleading to the court within the prescribed time. (*Id.* at 8-9).

After careful consideration of the entire record in this case, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** her Recommendations. Accordingly, Gaddis's claims will be dismissed, and a certificate of appealability will be denied.

A separate order will be entered.

**DONE** and **ORDERED** this June 21, 2021.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation also noted the difficulty Gaddis would experience if he attempted to present claims under 42 U.S.C. § 1983. (Doc. 4 at 5-7).